NUMBER 13-09-00708-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MARTHA MCENTIRE, APPELLANT,


v.



FIA CARD SERVICE, N.A., FORMERLY 

KNOWN AS, BANK OF AMERICA, N.A., APPELLEE. 

_____________________________________________________________


On Appeal from the County Court 


of Matagorda County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellant, Martha McEntire, perfected an appeal from a judgment entered by the
County Court of Matagorda County, Texas, in cause number 6158. The parties have filed
a joint motion for nonsuit on grounds that the appellant no longer desires to prosecute this
appeal and the parties have entered into an agreement. 

 The Court, having considered the documents on file and the parties' joint motion for
nonsuit, is of the opinion that the motion should be granted. See Tex. R. App. P. 42.1(a). 
The joint motion for nonsuit is granted, and the appeal is hereby DISMISSED. Costs will
be taxed against appellant. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties,
the court will tax costs against the appellant."). Having dismissed the appeal at the parties'
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.



 PER CURIAM

Delivered and filed the 11th

day of February, 2010.